

**FRANK P. IZZO**
PARTNER
(845) 554-1805
frank.izzo@rivkin.com

November 1, 2024

**VIA ECF**

Hon. Sarah Netburn, Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      RE:   *Guy Bentley Meeker, Jr. v. State Farm Fire and Casualty Insurance*
            Case No.   1:23-cv-04952-SN

Dear Judge Netburn:

As you know, this firm represents the Defendant, State Farm Fire and Casualty Company p/h/a State Farm Fire and Casualty Insurance ("State Farm"), in the above-referenced matter.

Please allow this correspondence to serve as counsel's joint letter to the Court on behalf of State Farm and by Landy Wolf PLLC on behalf of Plaintiff, Guy Bentley Meeker, Jr., advising that the parties have reached a settlement in this matter and are currently finalizing the settlement documents.

Accordingly, we expect the Stipulation of Dismissal to be ready for filing within thirty (30) days.

                              Respectfully submitted,

                              RIVKIN RADLER LLP

                              *s/ Frank P. Izzo*

                              Frank P. Izzo, Esq.

FPI/dls
cc:    Steven Landy, Esq. (slandy@landywolf.com)
        David A. Wolf, Esq. (dwolf@landywolf.com)
        Michael Troisi, Esq. (michael.troisi@rivkin.com)
        Joseph Pidel, Esq. (joseph.pidel@rivkin.com)