UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GUY BENTLEY MEEKER, JR.,                                    Case No. 1:23-cv-04952-SN

                Plaintiff,

-against-

STATE FARM FIRE AND CASUALTY INSURANCE,

                Defendant.
------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties in the above-entitled action that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, all claims asserted by Plaintiff, GUY BENTLEY MEEKER, JR., in this action be and the same hereby are dismissed, with prejudice, and without costs, attorneys' fees, expenses, or disbursements to any party pursuant to Fed. R. Civ. P. 41(a). A copy of this fully executed Stipulation shall have the same force and effect as an original.

Dated: November, 26, 2024　　　　　　　　Dated: November 26, 2024
       New York, New York　　　　　　　　　　　　Poughkeepsie, New York

LANDY WOLF, PLLC　　　　　　　　　　　　RIVKIN RADLER LLP
*Attorneys for Plaintiff*　　　　　　　　　　　　*Attorneys for Defendant*

By: _/s/ Steven Landy_　　　　　　　　　　　By: _s/ Frank P. Izzo_
    STEVEN LANDY, ESQ.　　　　　　　　　　　　FRANK P. IZZO, ESQ.
    270 Madison Avenue, Suite 1801　　　　　　　2649 South Road, Suite 100
    New York, New York 10016　　　　　　　　　Poughkeepsie, New York 12601
    (212) 682-8510　　　　　　　　　　　　　　　(845) 473-8100
    slandy@landywolf.com　　　　　　　　　　　frank.izzo@rivkin.com